# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

DEC 0 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **07CR 818** |
| v. ) | |
| LATITUS JONES ) | MAGISTRATE JUDGE NOLAN |
| ) | |

The undersigned Affiant personally appeared before <u>NAN R. NOLAN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at the <u>NORTHERN DISTRICT OF ILLINOIS</u>, one <u>LATITUS JONES</u>, was convicted of a violation of <u>SECTION 2113(a)</u>, of the United States Code, Title 18 for the <u>OFFENSE OF BANK ROBBERY</u>. On October 5, 2007, JONES' supervision was transferred to the <u>NORTHERN DISTRICT OF MISSISSIPPI</u>. On November 5, 2007 a warrant was issued for his arrest in that district and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest of Probationer/ Supervised Releasee).

Wherefore, Affiant prays that the defendant be dealt with according to law.

**FILED**
DEC 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

X _____
Kenneth Robinson
Deputy United States Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
7th day of December, 2007.

_____
NAN R. NOLAN
United States Magistrate Judge

**FILED**
7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Marny M. Zimmer

Bond set [or recommended] by issuing Court at _____

# EXHIBIT A

# UNITED STATES DISTRICT COURT

__Northern__   DISTRICT OF __Mississippi__

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**Latitus Jones**

CASE NUMBER: 2:07CR00148-001

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Latitus Jones__

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   ___ Complaint   ___ Order of Court   ___ Violation Notice
___ Probation Violation Petition   _X_ Supervised Release Violation Petition

charging him or her with (brief description of offense)

DUI; Domestic Violence; Failure to Complete Drug Treatment/Testing; Use of Drugs

in violation of Title __18__ United States Code, Section(s) __3583__

__W. Allen Pepper, Jr.__
Name of Issuing Officer

__United States District Judge__
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

__11-05-07 Greenville, MS__
Date and Location

Bail Fixed at __Detention__

By _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |