Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 818 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. Latitus Jones | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Latitus Jones appears in response to arrest on 12/07/07. Defendant informed of his rights. Enter order appointing Imani Chiphe from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Latitus Jones is the person named in the arrest warrant. Government's oral motion for pretrial detention is granted. Order defendant removed in custody to the Northern District of Mississippi - forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|