

**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS,
CLERK

OFFICE OF THE CLERK
December 11, 2007

Ms. Nina N. Horne
United States District Court
Post Office Box 190
Greenville, MS 38701

**FILED**
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 2 8 2008

Re: USA vs. Latitus Jones

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
      Case No.: 07 cr 818

_X_ Order of Removal dated: 12/7/07

_X_ Affidavit in Removal

___ Final Commitment Proceedings

_X_ Financial Affidavit

___ Temporary Commitment

_X_ Order appointing counsel

___ Order setting conditions of release

___ CJA 20 Form

___ Detention Order

_X_ Appearance form

~~_X_ Appearance Bond~~

___ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson   , Deputy Clerk

RECEIVED
JAN - 7 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI